**JOHNSON & JOHNSTON ASSOCIATES, INC.,**
Plaintiff–Appellee,

and

Nikko Materials USA, Inc. (doing business as Gould Electronics, Inc.), Plaintiff–Cross Appellant,

v.

**R.E. SERVICE CO., INC.,**
Defendant–Appellant.

No. 2006–1252, 2006–1253, 2006–1545, 2006–1546.

United States Court of Appeals, Federal Circuit.

May 8, 2007.

## ORDER

The appellant having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Brendan A. DANIEL, Petitioner,**

v.

**OFFICE OF PERSONNEL MANAGEMENT,**
Respondent.

No. 2007–3118.

United States Court of Appeals, Federal Circuit.

May 9, 2007.

Brendan A. Daniel, pro se.

## *ORDER*

The court has received and granted petitioner's Motion and Declaration for Leave to Proceed in Forma Pauperis.

Accordingly,

IT IS ORDERED THAT:

(1) The order of dismissal issued March 12, 2007 is vacated, the mandate recalled, and the petition for review is reinstated.

(2) Respondent should compute the due date for filing its brief from the date of filing of this order.